23 CV 0394-JLS

FILED
MAY 4 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Joshua James Lukasik

-vs-

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Anthony J. Annucci (NYSDOCCS)/ A.C.
2. MR. GERARD JONES (Cayuga C.F. superintendant )
3. Letitia James (N.Y.S. ATTORNEY GENERAL) ATTORNEY ~~for defendants~~
4. 
5. 
6. 

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: A NEW YORK STATE Entity is a party in this proceeding and a claim filed and heard at the state level whould be unfair and unjust and the federal venue is appropriate.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: petiioner resides in western district court and closest possible federal court house to be the venue for this action.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: a civil lawsuit agaist N.Y.S.D.O.C.C.S. for negligence while in custody, along with personal injury as a direct result of said negligence, and strict liability & emotional distress.(TORT CLAIM)

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Joshua James Lukasik

Present Address: 335 Grider street unit # 7
Buffalo New York 14215

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: MR. GERARD JONES

Official Position of Defendant (if relevant): SUPERINTENDENT for NYSDOCCS Cayuga CORR. FACILITY

Address of Defendant: CAYUGA CORRECTIONAL FACILITY
Rt.38A Moravia N.Y. 13118

Name of Second Defendant: Anthony J. Annucci

Official Position of Defendant (if relevant): N.Y.S. DEPT. OF CORRECTIONS AND COMMUNITY SUPERVISION ACTING COMMISONER

Address of Defendant: Department of Corrections and Community Supervision
State Campus Building. 9  1220 Washington Ave   Albany, New York, 12226

Name of Third Defendant: Letitia James

Official Position of Defendant (if relevant): NEW YORK STATE Attorney General (Attorney for defendants)

Address of Defendant: Office of the New York State Attorney General
The Capitol
Albany NY 12224-0341

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes ☐   No ✔

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

2

    Defendant(s):_____

_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending? Yes ☐ No ☐

            If not, give the approximate date it was resolved._____

        Disposition (check those statements which apply):

        ☐ **Dismissed** (check the statement which indicates why it was dismissed):

            ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ☐ By court due to your voluntary withdrawal of claim;

        ☐ **Judgment** upon motion or after trial entered for

            ☐ plaintiff

            ☐ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

A. **FIRST CLAIM:** On (*date of the incident*) FEBUARY, 11 2023 _____,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____
GERARD JONES SUPERINDENDANT NYSDOCCS CAYUGA CORRECTINAL FACILITY,

Anthony J. Annucci  ACTING COMMISONER NYSDOCCS (NEGLIGENCE,PAIN & SUFFERING,EMOTINAL DISTRESS.)

3

did the following to me (*briefly state what each defendant named above did*): (2/11/23)i was beaten for nearly 3 minutes straight by another inmate all within 10 feet of a correctinal officers post witch is used to monitor and stop any acts of violence by inmates during big movements like lunch run, program run ect. This post was vacant at the time of the assult. the perpitator was able to not only punch me numerous times but was able to kick me in the face over 10 times causing serious and life deblitating injurys . the superintendant was negligent and could have prevented a mojority of these injurys if said post was was filled and the facility was properly staffed. the superintdant & his staff were negligent and failed to keep me safe. and from this icident I substain multiple jaw fractures, broken mandible,obital fractures, loss of teeth,brain trauma,PTSD .

The federal basis for this claim is: defendant owed me a "duty of care", that that duty was breached,& i have sustained foreseeable harm & economic loss as a consequence of the negligence.Violations also pertain to the US costitution and federal prison laws

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:
I would like the court to issue relief as it see's fit and award the plantiff in this claim montary value in US currancy of atleast $100,000 for injurys substained from mr.jones negligence, pain and suffering and emotinal distress and PTSD.

**B. SECOND CLAIM:** On (*date of the incident*) FEBUARY, 11 2023 ,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

### 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

The relief requested from this claim is that I be compensated financially for the nature of the issue, for pain and suffering, post traumatic stress disorder, loss of wages, permanent facial deformities sustained during the assault and not limited to. This assault could have been prevented by the NYS department of corrections so I am requesting compensation of at least $250,000 in US funds. I am also asking that the proper people be disciplined for their actions in regards to this assault and a follow up of criminal charges if suitable.

Do you want a **jury trial?** Yes [x]   No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 4/24/2023
            (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*[signature]*

Signature(s) of Plaintiff(s)

Signed before me this 27 day of April 2023

*[signature]*

Erin M Vest
Notary Public, State of New York
Reg. No. 01VE6357877
Qualified in Erie County
Commission Expires May 1, 2025

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joshua Lukasik

**DEFENDANTS**
Annucci, Et Al

**(b)** County of Residence of First Listed Plaintiff: Ecie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ (Blank) | ☒ (Blank) | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ (Blank) |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ ~~320 Assault, Libel & Slander~~
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/ Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☒ ~~550 Civil Rights~~
- ☒ ~~555 Prison Condition~~
- ☐ 560 Civil Detainee - Conditions of Confinement

[handwritten note: "2 ~~Main Suit Codes~~ (320 & ~~555~~)"]

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 250,000 ($250,000.00)
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: NONE
DOCKET NUMBER: _____

DATE: 5/4/23
SIGNATURE OF ATTORNEY OF RECORD: *Joshua Lukasik*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____